*This case was not selected for publication in the Federal Reporter*
*NOT FOR PUBLICATION*

**Jonathan Neal JARNIG, Plaintiff—Appellant,**

v.

**Joe SCHMIDT, Defendant—Appellee.**

**No. 05–35823.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submission Deferred
July 24, 2006.*

Filed Nov. 28, 2006.

Mary C. Geddes, Esq., Federal Public Defender's Office, Anchorage, AK, for Plaintiff–Appellant.

Kenneth M. Rosenstein, Esq., Office of the Alaska Attorney General, Special Prosecutions & Appeals Division, Anchorage, AK, for Defendant–Appellee.

Fed. R.App. P. 34(a)(2).

Before: KOZINSKI, BERZON and TALLMAN, Circuit Judges.

### ORDER**

This case is hereby resubmitted as of November 22, 2006. Appellant's motion for voluntary dismissal is granted.

*This case was not selected for publication in the Federal Reporter*
*NOT FOR PUBLICATION*

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

